UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

**PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff hereby files this Opposition and Objection to Defendant's Motion to Compel Responses to Defendant's Request for Discovery. For the reasons cited in the Attached Supporting Memorandum, the Plaintiff respectfully requests that the Defendant's Motion be **DENIED**.

**REQUEST FOR HEARING**

The Plaintiff respectfully requests a hearing to determine the issues attendant to Defendant's Motion and Plaintiff's Opposition and Objection.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular mail.

Stephen Fanning 6/8/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL GARREAU,
**Plaintiff**

v. C.A. NO. 04-544 ML

NEWPORT FEDERAL SAVINGS BANK

**Defendant**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff hereby files this Memorandum in Support of Her Opposition and Objection to Defendant's Motion to Compel Responses to Defendants' Request for Discovery. For the reasons cited below, the Plaintiff respectfully requests that the Defendant's Motion be **DENIED**.

Plaintiff is making a conscientious and good faith effort to fully comply with the discovery obligations, and believed the Parties were not in dispute on this matter. Plaintiff was not notified that the Defendant intended to file this instant motion. Moreover, Plaintiff disputes Defendant's certification, pursuant to Rule 37(a)(2), that it has attempted to secure compliance without the need for the Court's intervention.

**REQUEST FOR HEARING**

The Plaintiff respectfully requests a hearing to determine the issues attendant to Defendant's Motion and Plaintiff's Opposition and Objection.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer, Esq.; Rodio & Brown, 91 Friendship Street, Providence, RI 02903.

6/8/05