UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL M. GARREAU<br>Plaintiff<br><br>VS.<br><br>NEWPORT FEDERAL SAVINGS BANK<br>Defendant. | : | C. A. No. 04-544 ML |

## STIPULATION

By agreement of the parties, Plaintiff Gail M. Garreau, may have up to and including July 18, 2005 to answer or otherwise respond to (a) Defendant Newport Federal Savings Bank's First Requests for Admission to Plaintiff; (b) Defendant Newport Federal Savings Bank's First Request For Production of Documents; and (c) Defendant Newport Federal Savings Bank's First Set of Interrogatories to Plaintiff.

GAIL M. GARREAU
By her Attorneys,

Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401 272-4520 Fax

Date: June 17 2005

NEWPORT FEDERAL SAVINGS BANK
By its Attorneys,

Gardner H. Palmer, Jr. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax
Email: gpalmer@rodiobrown.com

Date: June 15 2005

ENTER.

David L. Martin
United States Magistrate Judge
June 17, 2005