UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

**EMERGENCY MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL ASSENTED TO BY DEFENDANT**

NOW COMES the undersigned counsel and requests the Court's permission to withdraw as Plaintiff's counsel. As substantiated by the attached affidavit, the Plaintiff has failed and refused, without notice or explanation, to participate in two mandatory settlement conferences scheduled before the Hon. Magistrate Judge Robert Lovegreen; has failed and refused to cooperate in responding to the Defendant's discovery requests; and has indicated that she will not open mail from her counsel or otherwise communicate with her counsel's office.

Discovery in this matter is scheduled to close on September 30, 2005. The Defendant has already stipulated to an extension of time for Plaintiff to respond to its outstanding discovery requests to July 18, 2005. Nevertheless, Plaintiff has persisted in her failure and refusal to cooperate.

Therefore, in light of the imminent stipulated date for Plaintiff's discovery responses, as well as the impending close of discovery, and in order to allow Plaintiff a reasonable opportunity to secure new counsel, it is respectfully requested that the Court expedite its review of this Motion.

**The Defendant does not object to, and assents to, this Motion, including the Court's expedited review thereof.**

Respectfully Submitted,
Counsel to Gail Garreau,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular first class mail, postage prepaid, on July 8, 2005, and upon Gail Garreau, 21 Winchester Dr., Wakefield, RI 02879, by certified mail, overnight express mail, and regular first class mail, postage prepaid, on the date indicated below.

7-8-05