Ex. 1

TO: GAIL GARREAU
FROM: STEPHEN T. FANNING, ESQ.
RE: RETAINER AGREEMENT

This Agreement is made by and between **GAIL GARREAU** herein referred to as the "Client," and Stephen T. Fanning, Esq., herein referred to as the "Attorney."

1. The Client retains the Attorney, and the Attorney hereby agrees, solely to perform the following service:

2. Represent Client with respect to issues of alleged discriminatory workplace treatment and retaliation based on disability and medical leave status, regarding her former employer Newport Federal Savings Bank.

3. Such representation shall include, as necessary and except as may be limited below, processing of charges of discrimination before appropriate state and federal agencies, related litigation services, legal research, factual investigation, correspondence, telephone calls, consultations, as well as the negotiation of any settlement agreement, severance arrangement, or other negotiated resolution of this matter. Services that are not included in this Agreement include appeals of any nature, retrials, enforcements of judgments, and defense of cross-claims and counter-claims. Should the Client desire these services, and should the Attorney agree to represent the Client in these matters, a new retainer agreement must be executed by the parties.

4. If the Client, at any time, wishes to retain the Attorney for any other legal services, unrelated to the matters referenced in Paragraph 2, above, and the Attorney agrees to represent Client with respect to those services, Client and Attorney shall make a new agreement to provide those services.

5. Client agrees to pay Attorney for all services rendered, as described below:

a. A retainer deposit to retain and reserve the services of the Attorney in the amount of $1,500.00.
b. At the conclusion of this matter, Client shall pay to Attorney a contingency fee in the amount of 35% of all sums realized through settlement or verdict, prior to any deductions for Client's costs incurred in the processing of this action.

6. The Client agrees and understands that, notwithstanding the outcome of the case, Client will be responsible for and shall pay as necessary all expenses incurred in the handling of the case. Expenses for which the Client is responsible shall include, among others, stenographer's fees/deposition costs, investigation expenses, report fees, medical report fees, witness fees, copying costs, and other expenses reasonably necessary to the

processing of the Client's representation. An invoice for such costs will be submitted to the Client as such costs are incurred or, in any event, not longer than on a regular quarterly basis. Payment for such costs will be remitted to Attorney by Client within 30 days of the date of Attorney's invoice.

7. Attorney is authorized to take all actions on Client's behalf which Attorney deems advisable and proper. Attorney will notify Client promptly of all significant developments in this matter and of all offers of settlement.

8. Attorney shall use his best efforts in representing Client. Because of the uncertainty of legal proceedings, varying interpretations of and/or changes in the law, and other factors, Attorney cannot and does not warrant, predict, or guarantee particular results or the final outcome of this matter. Attorney makes no representations to the Client as to the timeliness of actual or potential claims, and neither warrants nor assumes responsibility for the actions/omissions of any prior counsel, any administrative agency, or the client in the previous processing of this matter.

9. In order to effectively advocate the Client's interests, the Attorney expects the Client to maintain its affirmative obligation to cooperate in the processing of this matter. In addition to the provisions already stated above, Attorney may terminate this Agreement and withdraw as counsel if Client is in breach of any of Client's obligations hereunder, does not divulge to Attorney all information pertinent to Client's case, is unable or unwilling to assist meaningfully in the ongoing processing of Client's case, or if Attorney is otherwise required to do so in accordance with the Rules of Professional Conduct governing attorneys. Client may require Attorney to withdraw representation at any time. If Attorney withdraws his representation for any reason specified in this paragraph, Attorney may assert a lien on Client's file for the reasonable value of his services, pursuant to pertinent provisions of Rhode Island General Laws, with charges and costs to be calculated on an hourly basis at a rate of $225.00 per hour or in the amount of one-third of any settlement offers then pending, which ever is greater.

10. Both the Client and the Attorney have read this Agreement and fully understand its contents. The Attorney has answered all questions of the Client and has explained this Agreement to the satisfaction of the Client.

11. This Agreement contains the entire agreement between the Client and the Attorney, replaces any prior oral or written agreements, and can only be modified by written agreement signed by the Client and the Attorney, and their respective heirs, legal representatives, and successors.

ACCEPTED AND AGREED:

Gail M. Garreau _______________ DATE: 4/3/02 _______________

GAIL GARREAU
21 Winchester Drive
Wakefield, RI
401-789-4168

_______________ DATE: 4/3/02 _______________

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
401-272-8250

I acknowledge that I have received a copy of the "Client's Statement of Rights and Responsibilities," pursuant to Rule 1.4 of the Supreme Court Rules of Professional Conduct.

Gail M. Garreau _______________

STEPHEN THOMAS FANNING, ESQ.
305 South Main St.
Providence, RI 02903

## A Client's Statement of Rights and Responsibilities

In an attorney/client relationship each party has certain rights. A right that both parties have is to be treated at all times with courtesy and respect. This statement first explains your rights as a client when you hire an attorney, and immediately afterwards, what your attorney has the right to expect of you. This statement is intended to promote better communication and prevent misunderstandings between you and your attorney.

**As the client in a legal matter, you have the right to expect that:**

1. Your attorney will handle your legal matter competently.

• When hiring an attorney you have the right to ask questions about the attorney's education, training and experience and expect that your attorney will remain current with recent developments in the law that relate to your matter.

2. Your attorney will charge you a reasonable fee and explain how it will be computed and when payments are expected from you.

• If you are not a regular client, your attorney will give you a written statement before, or as soon as the work begins indicating the basis or rate of the fee you will be charged.

• If you are asked to pay a retainer, your attorney will explain how it will be spent and, if you ask, will provide you with a periodic written statement detailing how it has been spent.

• If your attorney is working on a contingent-fee basis, your attorney will put in writing, in advance, what the attorney's percentage will be, whether you will be billed for costs and expenses, and whether deductions will be taken from your settlement prior to calculating the fee.

3. Your attorney will work diligently for you and pursue the lawful means necessary to present or defend your case.

4. Your attorney will strive to resolve your legal matter promptly and will inform you if for any reason it cannot be resolved in a timely fashion.

5. Your attorney will respond to reasonable questions about the progress of your legal matter and will explain office policies to you to ensure satisfactory communication with you, including:

• how to reach your attorney

• when and how your telephone calls will be returned

• how to obtain copies of paper/documents from your legal file.

6. Your attorney will exercise independent, professional judgment on your behalf free from any conflict of interest.

7. Most of your communications with your attorney are confidential. Your attorney will explain to you when the statements you make or secrets you reveal about your case cannot be kept confidential.

8. You have the right to make final decisions regarding your legal matter.

• Your attorney will discuss the negotiation process with you and will agree to a settlement offer only if you have approved it.

9. Your attorney will explain to you, in advance, any major expenses anticipated in your legal matter.

10. Your attorney will tell you if other lawyers will be involved in your representation and how the cost to you for their involvement will be calculated.

11. When your fee is not a single, set amount, your attorney will give you periodic billing detailing your fees, costs and expenses.

12. If legal fees will be applied against a settlement, your attorney will provide you with a final statement after the matter is concluded detailing what costs and expenses are being applied against your settlement and the amount you will receive.

**As your legal advisor, your attorney has the right to expect that:**

1. You will make a full and honest disclosure of all of the facts — good and bad — that related to your legal matter, and you will inform your attorney about any new facts or circumstances that may affect your case as they arise.

2. You will adhere to your fee agreement with your attorney, pay your bills for all work that has been performed, and pay for all costs that were advanced for you. If you have any questions about your bill, you will discuss them with your attorney.

3. You will seek your attorney's advice before discussing any information relating to your legal matter with others.

4. You will tell your attorney if you have any concerns or reservations about the advice you are being given.

5. You will be on time for all court hearings and appointments with your attorney or let your attorney know in advance if you cannot be on time.

6. If you cannot reach your attorney when you phone the office, you will leave your name and phone number and a brief message.

7. You will complete the tasks requested by your attorney in a timely fashion or let your attorney know when you cannot.

8. You will discuss your expectations about what you want to accomplish in your legal matter with your attorney. When your expectations are not being met, you will talk to your attorney about it.

You have the right to change attorneys if you are dissatisfied with the representation you are receiving. However, in certain circumstances you will need the court's permission. It is also important for you to know that your attorney may decide to stop representing you. This may be due to your not meeting your obligations to your attorney or for some other reason. This too may require court permission.

This Client's Statement of Rights and Responsibilities is based on the Rhode Island Rules of Professional Conduct for attorneys. If you have any questions about this statement of your rights and obligations, you should contact the Rhode Island Bar Association at (401) 421-5740."

7. Effective Date. This Order shall take effect on *May 1, 1998.*

Entered as an order of this court this 7th day of April 1998

Judge Weisberger
Judge Lederberg
Judge Bourcier
Judge Flanders
Judge Goldberg