Ex2

