Ex. 3

*The Law Office of Stephen Thomas Fannin*
305 SOUTH MAIN STREET.
PROVIDENCE, RHODE ISLAND 02903

CERTIFIED MAIL™

7003 0500 0000 8248 3334

UNITED STATES POSTAL SERVICE

1264

U.S. POSTAGE
PAID
BARRINGTON.RI
02806
JUL 05, '05
AMOUNT
$4.42
00086799-02

Gail Garreau
21 Winchester DR
Wakefield RI 02879

REFUSED

PERSONAL AND CONFIDENTIAL

RETURNED TO SENDER

REASON CHECKED

— Attempted, Not Known
— Insufficient Address
— Moved, Not Forwardable
— Moved, Left No Address
— Forwarding Order Expired
X Refused
— Vacant
— No Such Street
— No Such Number
— Unclaimed

RETURN RECEIPT REQUESTED