UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

## MOTION FOR A PROTECTIVE ORDER

NOW COMES the undersigned Plaintiff and asks this Court to issue a Protective Order, extending to September 17, 2005, the date for her to answer, object, or otherwise respond to Defendant's discovery requests. For the reasons stated in the attached Supporting Memorandum, it is respectfully urged that the Motion be granted.

REQUEST FOR HEARING

Plaintiff requests a hearing on this matter.

Respectfully Submitted,
Gail Garreau,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular first class mail, postage prepaid, on August 8, 2005, and upon Gail Garreau, 21 Winchester Dr., Wakefield, RI 02879, by certified mail, overnight express mail, and regular first class mail, postage prepaid, on the date indicated below.

8/9/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

NOW COMES the undersigned Plaintiff and asks this Court to issue a Protective Order, extending to September 17, 2005, the date for her to answer, object, or otherwise respond to Defendant's discovery requests.

Plaintiff's undersigned counsel has filed an Emergency Motion seeking permission to withdraw as Plaintiff's counsel, for the reasons cited in the attached affidavit. The parties had previously stipulated that Plaintiff may respond to her discovery obligations, which include Interrogatories, Request for Documents, and Request For Admissions, by July 18, 2005. Plaintiff timely responded to Defendant's Request for Admissions. Her responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents are currently outstanding. Plaintiff's counsel's Motion to Withdraw is currently scheduled to be heard on August 18, 2005. If her current counsel is permitted to withdraw, and in order to ensure that the Plaintiff may have a reasonable opportunity to secure new counsel, without sustaining irreparable damage to her case, Plaintiff requests that she be granted approximately 30 additional days from that date (i.e., August 18, 2005) in order to respond to any outstanding discovery requests, **up to and including September 17, 2005.**

The additional time herein requested will also ensure that, if she so desires, Plaintiff will have an opportunity to apprise the Court of any circumstances, beyond her reasonable control, that may have impacted on her ability to cooperate in the processing of her discovery responses.

Pursuant to the Court's Scheduling Order, discovery is scheduled to close in this action on September 30, 2005. No extensions to the discovery period have previously been requested by the parties. However, contemporaneous with the instant motion, Plaintiff is filing a motion to extend discovery for 60 days, to November 30, 2005.

In light of the unusual circumstances of this matter, it is urged that Protective Order be granted, and that no unfair prejudice will result as to the Defendant.

REQUEST FOR HEARING

Plaintiff requests a hearing on this matter.

Respectfully Submitted,
Gail Garreau,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular first class mail, postage prepaid, on August 8, 2005, and upon Gail Garreau, 21 Winchester Dr., Wakefield, RI 02879, by certified mail, overnight express mail, and regular first class mail, postage prepaid, on the date indicated below.

8/9/05