UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

## PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD

Plaintiff hereby files this Motion to Extend the Discovery Period for 60 days, to November 30, 2005. Discovery is currently scheduled to close on September 30, 2005. Neither party has previously requested an extension. For the reasons cited in the attached Supporting Memorandum, it is respectfully urged that Plaintiff' Motion be granted.

## REQUEST FOR HEARING

The Plaintiff respectfully requests a hearing.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer, Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular mail, first class, postage prepaid.

8/9/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD**

Plaintiff hereby files this Motion to Extend the Discovery Period for 60 days, to November 30, 2005, for the reasons cited below:

Discovery in this matter is currently scheduled to close on September 30, 2005. Neither party has previously requested an extension to the discovery period. Plaintiff's counsel has filed a Motion to Withdraw, scheduled for hearing on August 18, 2005, due to certain issues impacting on Plaintiff's participation in the effective processing of her claims. Other motions, including Defendant's Motion to Dismiss, are pending. Plaintiff has timely responded to Defendant's Request for Admissions, pursuant to the parties' stipulation, and has served her Rule 26 disclosures. Plaintiff's responses to Defendant's First Request for Production of Documents and First Set of Interrogatories remain outstanding, as do the parties' respective depositions.

The extension is necessary to permit Plaintiff adequate opportunity to retain new counsel, if that is her desire and if the Court grants her current counsel's Motion to Withdraw. If Plaintiff is suffering from certain physical and/or emotional circumstances impacting on her ability to meaningfully participate in the processing of her claim, or has been prevented from doing so do to some other obstacle, the brief extension requested

will give her the opportunity to address and remediate such circumstances, without damage to her claim. This extension will not result in any prejudice to the Defendant.

For the above reasons, it is respectfully urged that the extension be granted.

**REQUEST FOR HEARING**

The Plaintiff respectfully requests a hearing.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular mail, first class, postage prepaid.

8/9/05