UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

## PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby files this Opposition and Objection to Defendant's Motion to Dismiss. For the reasons cited in the Attached Supporting Memorandum, the Plaintiff respectfully requests that the Defendant's Motion be **DENIED**.

## REQUEST FOR HEARING

The Plaintiff respectfully requests a hearing to determine the issues attendant to Defendant's Motion and Plaintiff's Opposition and Objection.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular mail, first class, postage prepaid.

8/9/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gail Garreau,

**Plaintiff**

v. C.A. NO. 04-544 ML

Newport Federal Savings Bank

**Defendant**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff hereby files this Opposition and Objection to Defendant's Motion to Dismiss. For the reasons cited below, the Plaintiff respectfully requests that the Defendant's Motion be **DENIED**.

Defendant has moved to dismiss Plaintiff's Complaint, based primarily on what it asserts has been Plaintiff's lack of cooperation in meeting her discovery obligations, and her failure to participate in mandatory settlement conferences. Plaintiff's counsel has filed a Motion to Withdraw, scheduled for hearing on August 18, 2005. Plaintiff has timely responded to Defendant's Request for Admissions, pursuant to the parties' stipulation, and has served her Rule 26 disclosures. Plaintiff's responses to Defendant's First Request for Production of Documents and First Set of Interrogatories remain outstanding. Discovery is scheduled to close on September 30, 2005. Contemporaneous with this filing, Plaintiff is filing a motion seeking an extension of the discovery period to November 30, 2005. No previous extensions have been requested.

In light of the drastic nature of dismissal as a sanction, it is urged that Plaintiff be given a reasonable opportunity to provide an explanation for what may appear to be her inaction with respect to certain aspects of her case. If Plaintiff is suffering from certain physical and/or emotional circumstances impacting on her ability to meaningfully

participate in the processing of her claim, or has been prevented from doing so do to some other obstacle, she should be given the opportunity to address and remediate such circumstances, prior to the Court taking the drastic action of dismissing her claim. At the very least, it is urged that Plaintiff be given a reasonable opportunity to seek and retain new counsel, if that is her desire, before the Court determines that any conduct on her part warrants dismissal.

## REQUEST FOR HEARING

The Plaintiff respectfully requests a hearing to determine the issues attendant to Defendant's Motion and Plaintiff's Opposition and Objection.

Respectfully Submitted,
Gail Garreau,
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)

**Certification**

I hereby certify that a true copy of the above was served on counsel for the Defendant: Gardner Palmer; Rodio & Brown, 91 Friendship Street, Providence, RI 02903 by regular mail, first class, postage prepaid.

8/9/05