UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-544ML** **DATE: August 18, 2005**

**TITLE: GAIL GARREAU v. NEWPORT FEDERAL SAVINGS BANK**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Stephen Fanning**

**Defendant: Gardner Palmer**

******************************************************************************

**Proceedings: Emergency Motion to Withdraw as Plaintiff's Motion**

**All counsel of record present. Plaintiff present. Mr. Fanning argues motion. Plaintiff addresses the court. Court continues hearing until Friday, September 9, 2005 at 10:00 a.m.**