UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL M. GARREAU<br>Plaintiff | : | |
| VS. | : | C. A. No. 04-544 ML |
| NEWPORT FEDERAL SAVINGS BANK<br>Defendant. | : | |

**DEFENDANT NEWPORT FEDERAL SAVINGS BANK'S CONDITIONAL OBJECTION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD**

Defendant, Newport Federal Savings Bank conditionally objects to the Motion to Extend the Discovery Period of Plaintiff, Gail M. Garreau. In support of this Objection, Defendant respectfully refers the Court to the accompanying Memorandum attached hereto and made a part hereof.

NEWPORT FEDERAL SAVINGS BANK
By its Attorneys,

[signature]
Gardner H. Palmer, Jr., Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax

Date: August 19, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within was forwarded by fax and regular mail, postage prepaid, on the 19 day of August, 2005, to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL M. GARREAU** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C. A. No. 04-544 ML** |
| | : | |
| **NEWPORT FEDERAL SAVINGS BANK** | : | |
| **Defendant.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS CONDITIONAL OBJECTION TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD**

Defendant, Newport Federal Savings Bank, conditionally objects to the Motion to Extend the Discovery Period of Plaintiff, Gail M. Garreau. Plaintiff has asked the Court to extend the discovery period for 60 days, from September 30, 2005 until November 30, 2005. While Defendant concedes that, depending on the outcome of certain motions pending before the Court, Defendant may need more time to complete its discovery, Defendant cannot consent to this motion as presented because Plaintiff is the sole cause of the dilemma in which she finds herself.

Currently pending before the Court is Defendant's Motion to Dismiss which argues that Plaintiff's Complaint should be dismissed with prejudice for Plaintiff's prolonged, persistent and willful failure to comply with her discovery obligations and Orders of this Court relating to discovery and Mandatory Settlement Conferences. As recounted in Defendant's Motion to Dismiss and as conceded by Plaintiff's counsel at the hearing on his Motion to Withdraw, Plaintiff failed to appear for two separately scheduled Mandatory Settlement Conferences without excuse or justification. In fact, Plaintiff's own counsel has felt compelled to move to withdraw from the representation due to his client's protracted refusal to cooperate in the discovery process, *inter alia.* That Motion to Withdraw remains pending.

Also pending before the Court is Plaintiff's Motion for Protective Order, to which Defendant has previously filed an Objection. Plaintiff's counsel filed that motion solely in an effort to protect his client against her own failures to comply with the Orders of the Court; to wit, her failure to answer Defendant's Interrogatories and respond to Defendant's Request for Production of Documents that Defendant first propounded on April 4, 2005.

As argued in Defendant's Motion to Dismiss and its Objection to Plaintiff's Motion for Protective Order, there is no justifiable basis for Plaintiff's refusal to respond to Defendant's discovery. Similarly, there is no basis to grant Plaintiff additional time for her to conduct discovery. Accordingly, Defendant respectfully asks that the Court deny Plaintiff's Motion to Extend the Discovery Period to the extent it seeks to permit her to conduct discovery beyond the current discovery deadline. On the other hand, Defendant has diligently attempted to complete its discovery but has been thwarted and prejudiced by Plaintiff's refusal to comply with her obligations and Court Orders. Defendant recognizes that, depending on the outcome of its Motion to Dismiss, it may be necessary for Defendant to have additional time to conduct its own discovery.

NEWPORT FEDERAL SAVINGS BANK
By its Attorneys,

Gardner H. Palmer, Jr. Esq. (#3707)
RODIO & BROWN, LTD.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax

Date: August 19, 2005

**Gail M. Garreau**
**vs.**
**Newport Federal Savings Bank**
**C. A. No. 04-544 ML**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within was forwarded by fax and regular mail, postage prepaid, on the 19 day of August, 2005, to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Katielynn Depathy