UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**04-544ML** **DATE: September 9, 2005**

**TITLE: GAIL GARREAU v. NEWPORT FEDERAL SAVINGS BANK**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Stephen Fanning**

**Defendant: Gardner Palmer**

******************************************************************************

**Proceedings: Plaintiff's Emergency Motion to Withdraw as Plaintiff's Counsel**
**Plaintiff's Motion to Extend Discovery**
**Plaintiff's Motion for Protective Order**
**Defendant's Motion Dismiss**

**All counsel of record present. Plaintiff present. Mr. Fanning argues motion to withdraw. Plaintiff makes an oral request for 30 day continuance to hire new counsel. Defendant states objections to the oral request for continuance. Court grants motion to withdraw as plaintiff's counsel. Court grants plaintiff's oral request for 30 day continuance to hire new counsel. Court grants plaintiff's motion to extend discovery until 11/30/05. Court finds plaintiff's motion for protective order moot. Court continues hearing on defendant's motion to dismiss to October 11, 2005 at 10:00 a.m.**