UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL M. GARREAU, Plaintiff, | : | |
| v. | : | |
| NEWPORT FEDERAL SAVINGS BANK, Defendant. | : | CA 04-544 ML |

**ORDER**
**RE MOTIONS**
**HEARD ON SEPT. 9, 2005**

At a hearing conducted on September 9, 2005, the court considered four motions: 1) Emergency Motion to Withdraw as Plaintiff's Counsel Assented to by Defendant (Document ("Doc.") #9) ("Motion to Withdraw"); 2) Plaintiff's Motion to Extend the Discovery Period (Doc. #13) ("Motion to Extend Discovery"); 3) Motion for a Protective Order (Doc. #12); and 4) Defendant Newport Federal Savings Bank's Motion to Dismiss (Doc. #11) ("Motion to Dismiss"). Plaintiff Gail M. Garreau ("Plaintiff") was in attendance at the hearing.

The court heard from Plaintiff's counsel, Attorney Stephen T. Fanning ("Attorney Fanning"), Defendant's counsel, Attorney Gardner H. Palmer, Jr., and Plaintiff. Plaintiff stated, among other things, that she did not want Attorney Fanning to continue to represent her in this matter, that she needed time to obtain new counsel, and that the discovery closure date of September 30, 2005, should be extended. After listening to the attorneys and Plaintiff, the court made the following rulings:

**1. The Motion to Withdraw is GRANTED.** Attorney Fanning is allowed to withdraw as Plaintiff's counsel because the attorney-client relationship between Plaintiff and Mr. Fanning has

irretrievably broken down. Plaintiff shall have until Tuesday, October 11, 2005, to obtain new counsel. If Plaintiff has not obtained new counsel by that date, she must be prepared to represent herself.

**2. The Motion to Extend Discovery is GRANTED.** Discovery will close by November 30, 2005.[1]

**3. The Motion for Protective Order is moot.**

**4. The hearing on the Motion to Dismiss is continued to October 11, 2005.** If new counsel for Plaintiff appears on that date and requests additional time to prepare for the hearing, the court will be inclined to grant a short continuance (no more than two weeks) for that purpose. If Plaintiff has not obtained new counsel by October 11, 2005, she must appear herself. If at that time Plaintiff requests additional time to prepare for the hearing, the court will be inclined to grant her the same period of time as it would grant new counsel.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
September 9, 2005

BY ORDER:

Deputy Clerk

[1] As the closure date for discovery is being extended by sixty days, the date for filing dispositive motions and for filing of the trial memorandum are also extended to December 30, 2005, and February 1, 2006, respectively. See Pretrial Order (Doc. #5).