UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL M. GARREAU,
Plaintiff,

v. : CA 04-544 ML

NEWPORT FEDERAL SAVINGS BANK,
Defendant.

**ORDER**
**FURTHER CONTINUING HEARING**
**ON MOTION TO DISMISS**

This matter came before the court on October 11, 2005, for a hearing on Defendant Newport Savings Bank's Motion to Dismiss (Document ("Doc.") #11) ("Motion to Dismiss"). Plaintiff appeared and indicated that she had not found new counsel to represent her. Although the court had previously indicated that it would not grant new counsel (or Plaintiff if she did not obtain new counsel) an additional continuance which exceeded two weeks, see Order Re Motions Heard on Sept. 9, 2005 (Doc. #19) at 2, as a final act of deference to Plaintiff's pro se status, the court will continue the hearing on the Motion to Dismiss to November 8, 2005, at 10:00 a.m. Defendant's objection to this continuance is noted.

**Plaintiff is advised that no further continuances will be granted.** This prohibition applies both to Plaintiff and also to any new counsel who may enter to represent her. If Plaintiff does not have counsel on November 8, 2005, she must represent herself.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
October 11, 2005

BY ORDER:

Deputy Clerk