AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Garreau

v.

Newport Federal Bank

APPEARANCE

CASE NUMBER: 04-544 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gail Garreau

I certify that I am admitted to practice in this court.

11/8/05
*Date*

[signature]
*Signature*

Carly B. Iafrate #6343
*Print Name* *Bar Number*

170 Westminster St. Suite 601
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-421-0966 401-351-4802
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher