UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 16 2005
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| GAIL M. GARREAU<br>Plaintiff<br><br>VS.<br><br>NEWPORT FEDERAL SAVINGS BANK<br>Defendant. | C. A. No. 04-544ML |

**STIPULATION OF DISMISSAL**

By agreement of the parties, Plaintiff Gail M. Garreau, hereby dismisses all claims with prejudice, no interest, no costs.

GAIL M. GARREAU
By her Attorneys,

Carly Beauvais Iaffrate (#6343)
Law Office of Patricia E. Andrews
170 Westminster Street
Providence, RI 02903
401 421-0966
401 351-4802 Fax
Email: ciafratelaw@cox.net

Date: November 15, 2005

NEWPORT FEDERAL SAVINGS BANK
By its Attorneys,

Gardner H. Palmer, Jr. (#3707)
Rodio & Brown, Ltd.
91 Friendship Street
Providence, RI 02903
401 274-4040
401 274-4099 Fax
Email: gpalmer@rodiobrown.com

Date: November 16, 2005

Enter:
Mary M. Lisi
USDJ 11/21/05